UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO ZAVALA-CERVANTEZ,<br><br>    Defendant. | NO. CR-06-0016-RHW<br><br>**ORDER DISMISSING DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE** |

    Before the Court is Defendant's *pro se* Motion for Downward Departure (ECF No. 104). Defendant was sentenced on January 25, 2008, to 143 months of imprisonment and a four year term of supervised release. Defendant appealed his sentence, which was affirmed by the Ninth Circuit Court of Appeals.

    Defendant filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, which was denied on May 28, 2010. This Court and the Ninth Circuit Court of Appeals declined to issue a Certificate of Appealability.

    In August, 2010, Defendant filed a Motion Under Rule 60(b). The Court denied the motion. Defendant now moves for a Motion for Downward Departure, asking that the Court reconsider the sentence imposed and resentence based on a downward departure for voluntary deportation.

    A court generally may not correct or modify a sentence of imprisonment once it has been imposed. 18 U.S.C. § 3582(c); *United States v. Aguilar-Reyes*, 653 F.3d 1053, 1055 (9th Cir. 2011). In *Aruilar-Reyes*, the Circuit restated this rule

**ORDER DISMISSING DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE** ~ 1

and held that the fourteen day provision in Rule 35(a) is jurisdictional. *Id*. at 1056. The Court does not have jurisdiction to hear Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Downward Departure (ECF No. 104) is **DISMISSED**.

2. The Court declines to issue a Certificate of Appealability.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Defendant.

**DATED** this 15th day of November, 2011.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Court

Q:\aCRIMINAL\2006\Zavala-Cervantez\appealnotice.wpd

**ORDER DISMISSING DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE** ~ 2